THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NECTOLY RODRIGUEZ, Defendant-Appellant. [714 NYS2d 437] —Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered April 17, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years and 1 year, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility and identification. Concur—Nardelli, J. P., Ellerin, Wallach, Andrias and Saxe, JJ.